UNITED STATES of America,
Plaintiff-Appellee,

v.

Lewellyn Terrell VAUGHT, a/k/a Gee
Bee, Defendant-Appellant.

No. 17-7121

United States Court of Appeals,
Fourth Circuit.

Submitted: December 19, 2017

Decided: December 22, 2017

Lewellyn Terrell Vaught, Appellant Pro Se. Jennifer P. May-Parker, Stephen Aubrey West, Assistant United States Attorneys, Laura Howard, Scott Andrew Lemmon, Joshua Bryan Royster, Timothy Severo, OFFICE OF THE UNITED STATES ATTORNEY, Raleigh, North Carolina, for Appellee.

Before SHEDD, AGEE, and DIAZ, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Lewellyn Terrell Vaught appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2012) motion for reduction of sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Vaught*, No. 7:10-cr-00075-D-2 (E.D.N.C. filed Aug. 16, 2017 & entered Aug. 17, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*